UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WADE DOYLE SMITH,<br><br>　　　　　　　Plaintiff,<br>v.<br>WASHOE COUNTY JAIL, et al.,<br>　　　　　　　Defendants. | Case No. 3:18-cv-00352-RCJ-WGC<br><br>ORDER |

**I.　DISCUSSION**

On April 29, 2021, the Court issued an order screening Plaintiff's complaint under 28 U.S.C. § 1915A. (ECF No. 3.) The screening order dismissed the complaint in its entirety and gave Plaintiff leave to file an amended complaint curing the deficiencies of the complaint. (*Id.* at 6.)

Plaintiff has submitted a motion seeking an extension of time to file an amended complaint. (ECF No. 4). The Court grants Plaintiff's motion for an extension of time. Plaintiff shall file his amended complaint on or before August 1, 2021. If Plaintiff fails to file a timely amended complaint, this action shall be dismissed without prejudice. Barring unusual circumstance, the Court will not grant any further extensions of time.

**II.　CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 4) is granted. Plaintiff shall file his amended complaint on or before August 1, 2021.

It is further ordered that, if Plaintiff fails to timely file his amended complaint, this action will be dismissed without prejudice.

DATED THIS  27th day of May 2021.

　　　　　　　　　　　　　　　　　　　　　*William G. Cobb*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1